IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SCH Corp., *et al.*, | Case No. 09-10198 (BLS) |
| | Substantively Consolidated |
| Reorganized Debtors | |
| | Re: Docket No(s). 976, 981 + 1008 |

## OMNIBUS ORDER GRANTING FIFTH MOTION TO EXTEND TIME TO OBJECT TO CLAIMS, GRANTING FINAL DECREES AND ADMINISTRATIVELY CLOSING CASES

In consideration of (i) the Motion[1] of the Responsible Officer of the Liquidating Debtors to extend the Deadline to object to claims and of (ii) the Motion for Entry of Final Decree; and in consideration of the objections filed thereto and after proper notice and a hearing in open Court, and the Court having determined that good cause exists to grant the Motions, with the below-specified provisos, it is hereby

ORDERED, ADJUDGED AND DECREED that:

1. The Motion of the Responsible Officer of the Liquidating Debtors to extend the Deadline to object to claims is **GRANTED** in its entirety, and

2. The Deadline for the Responsible Officer to object to claims is extended through and including ninety (90) days from the date on which the Court reopens these case(s), and

3. This extension is without prejudice to the Responsible Officer to request additional extensions of time to object to claims, if necessary.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

IT IS FURTHER ORDERED that a Final Decree is entered in the case of SCH Corp., case no. 09-10198; ACCS Corp., case no. 09-10199; and American Corrective Counseling Services, Inc., case no. 09-10200, **PROVIDED HOWEVER** that this Order is not intended to affect any pending appeal; and it is further

ORDERED that case nos. 09-10198, 09-10199 and 09-10200 are hereby **CLOSED**, **PROVIDED HOWEVER** that this Court retains jurisdiction to, upon motion, reopen these cases for the purpose of adjudicating any matters remanded to it by an appellate tribunal, to adjudicate such objections to proofs of claims as shall be timely brought before it, and for such other proper purposes as this Court may determine.

IT IS SO ORDERED.

Dated: October 16, 2013

Brendan Linehan Shannon
Bankruptcy Judge